NUMBER 13-08-00135-CV



COURT OF APPEALS



THIRTEENTH DISTRICT OF TEXAS



CORPUS CHRISTI - EDINBURG 


______________________________________________________________

 

SERGIO SIERRA, Appellant,


v.



LAGO VIEJO SOUTH HOMEOWNERS ASSOCIATION,

INC. AND WILLIAM F. KIMBALL, TRUSTEE, Appellees. 

 ____________________________________________________________


On appeal from the 197th District Court of Cameron County, Texas


______________________________________________________________


MEMORANDUM OPINION


 

Before Chief Justice Valdez and Justices Yañez and Benavides


Memorandum Opinion Per Curiam


 The appellant's brief in the above cause was originally due on July 25, 2008. The
appellant has previously requested and received four prior extensions of time, granting the
appellant until October 19, 2008, to file the brief. On January 15, 2009, the Clerk of the
Court notified appellant that the brief had not been timely filed and that the appeal was
subject to dismissal for want of prosecution under Texas Rule of Appellate Procedure
38.8(a)(1), unless within ten days from the date of receipt of this letter, appellant
reasonably explained the failure and the appellee was not significantly injured by the
appellant's failure to timely file a brief. No response has been received from appellant.

 Appellant has failed to either reasonably explain his failure to file a brief, file a
motion for extension of time to file his brief, or file his brief. Accordingly, the appeal is
DISMISSED FOR WANT OF PROSECUTION. See Tex. R. App. P. 38.8(a), 42.3(b). 


 PER CURIAM

Memorandum Opinion delivered and

filed this the 12th day of March, 2009.